UNITED STATES DISTRICT COURT FOR THE **FILED**

EASTERN DISTRICT OF CALIFORNIA    JAN 1 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )   Case No. _Cr S-00-230 JAM_
                          )
         v.               )   RELEASE ORDER NO. __4__
_J R Lozane_              )
                          )   ORDER FOR RELEASE OF
            Defendant.    )   PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _J R Lozane_ _____, Case No. _CRS 00-230 JAM_,

Charge _TSR Violations_ _____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  _X_ Release on Personal Recognizance

  ___ Bail posted in the sum of $_____

  ___ Unsecured Appearance Bond

  ___ Appearance Bond with 10% Deposit

  ___ Appearance Bond with Surety

  ___ Corporate Surety Bail Bond

  _X_ (Other) _Defendant ordered to return on_
              _1/20/09_

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento CA_ on _01/11/09_,

~~19~~ 2009 at _1:14_ a.m./p.m.

Copy 5 – Court ✓

By _____
United States District Judge or
United States Magistrate