DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
J.R. LOZONNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:00-CR-0230 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING SURRENDER DATE** |
| J.R. LOZONNE, | |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between defendant, J.R. Lozonne, and plaintiff, United States of America, by and through their attorneys, that the date for Mr. Lozonne to surrender to serve his sentence (now set for March 10, 2009) may be continued one week to March 17, 2009. Mr. Lozonne shall surrender by 2:00 p.m. on that date to the institution designated by the Bureau of Prisons or to the United States Marshal in Sacramento.

/////

/////

1     Despite repeated inquiries from Mr. Lozonne and his attorney, the Bureau of Prisons has yet to designate the place for Mr. Lozonne to serve his sentence. If he is designated to a distant institution, he has less than a day to make arrangements and reach the place. Accordingly, the parties agree to a one-week continuance.

                                        Respectfully Submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: March 9, 2009        /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for J.R. LOZONNE


                                          LAWRENCE G. BROWN
                                          Acting United States Attorney

Dated: March 9, 2009        /s/ T. Zindel for K. Melikian
                                          KENNETH MELIKIAN
                                          Assistant U.S. Attorney


## O R D E R

    Mr. Lozonne shall surrender to the institution designated by the Bureau of Prisons or to the U.S. Marshal by 2:00 p.m. on March 17, 2009.
    IT IS SO ORDERED.

Dated: March 9, 2009          /s/ John A. Mendez
                                         HON. JOHN A. MENDEZ
                                         United States District Judge