1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

Attorney for Defendant
J.R. LOZONNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:00-CR-0230 JAM |
| Plaintiff, | ) | |
| v. | ) | **SECOND STIPULATION AND ORDER EXTENDING SURRENDER DATE** |
| J.R. LOZONNE, | ) | |
| Defendant. | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between defendant, J.R. Lozonne, and plaintiff, United States of America, by and through their attorneys, that the date for Mr. Lozonne to surrender to serve his sentence (now set for March 17, 2009) may be continued two weeks to March 31, 2009. Mr. Lozonne shall surrender by 2:00 p.m. on that date to the institution designated by the Bureau of Prisons or to the United States Marshal in Sacramento.

After the one-week continuance granted last week, the Bureau of Prisons did designate the place for Mr. Lozonne to serve his sentence.

However, Mr. Lozonne suffered a serious accident yesterday evening when his hand was crushed while he was working on a car.  He is presently in surgery at Vaca Valley Hospital without word on his condition.  Defense counsel will stay in contact with Mr. Lozonne's mother in order to keep apprised of his welfare.  Meanwhile, the government has agreed to extend his surrender once again, pending resolution of his medical condition.

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated:  March 17, 2009      /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for J.R. LOZONNE


                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

Dated:  March 17, 2009      /s/ T. Zindel for K. Melikian
                                      KENNETH MELIKIAN
                                      Assistant U.S. Attorney


## **O R D E R**

Mr. Lozonne shall surrender to the institution designated by the Bureau of Prisons or to the U.S. Marshal by 2:00 p.m. on March 31, 2009.
     IT IS SO ORDERED.


Dated: March 18, 2009       /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
                                     United States District Judge