1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   J.R. LOZONNE
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:00-CR-0230 JAM
                                  )
14            Plaintiff,          )
                                  ) **THIRD STIPULATION AND ORDER**
15      v.                        ) **EXTENDING SURRENDER DATE**
                                  )
16 J.R. LOZONNE,                  )
                                  )
17            Defendant.          ) Judge: Hon. John A. Mendez
                                  )
18 _____)

19

20     IT IS HEREBY STIPULATED AND AGREED between defendant, J.R. Lozonne,
21 and plaintiff, United States of America, by and through their attorneys,
22 that the date for Mr. Lozonne to surrender to serve his sentence (now set
23 for March 31, 2009) may be continued to June 2, 2009.  Mr. Lozonne shall
24 surrender by 2:00 p.m. on that date to the institution designated by the
25 Bureau of Prisons or to the United States Marshal in Sacramento.
26     The parties requested a second continuance last week after Mr.
27 Lozonne injured his hand on the eve of his surrender.  Mr. Lozonne today
28 provided medical records confirming the amputation of two digits.  His

1 orthopedic surgeon has recommended six to eight weeks of follow-up care until his wounds are healed. The parties have agreed to delay Mr. Lozonne's surrender for that length of time so that his wounds may heal before he surrenders to serve the remainder of his 10-month sentence, a substantial portion of which he has already served.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: March 25, 2009   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for J.R. LOZONNE

LAWRENCE G. BROWN
Acting United States Attorney

Dated: March 25, 2009   /s/ T. Zindel for K. Melikian
KENNETH MELIKIAN
Assistant U.S. Attorney

**O R D E R**

Mr. Lozonne shall surrender to the institution designated by the Bureau of Prisons or to the U.S. Marshal by 2:00 p.m. on June 2, 2009.

IT IS SO ORDERED.

Dated: March 26, 2009   /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge